AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| DuJuan Green<br>*Plaintiff*<br>v.<br>Capt C. Williams, LT D Popella, LT Arrowood, Sgt Palmer, Sgt Rodgers, Ofc Binkley and Investigator Hugan<br>*Defendant* | )<br>)<br>)  Civil Action No.   4:14-cv-3730-MGL<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed with prejudice for failure to prosecute.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary G. Lewis, United States District Judge. The court adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   June 11, 2015                                                *CLERK OF COURT*

                                                                 s/Debbie Stokes
                                                    _____
                                                        *Signature of Clerk or Deputy Clerk*